## COÖS.

---

### PAINE *v.* GRAND TRUNK RAILWAY.

CASE, tried by jury in April, 1878.   Reserved questions of law
were decided at the law term, March, 1879, 58 N. H. 611.   Judg-
ment was rendered on the verdict for the plaintiff in April, 1879,
and at the same time the defendants moved that the action be
brought forward for review.

*Ray, Drew & Jordan*, for the defendants.

*Twitchell* and *Ladd & Fletcher*, for the plaintiff.

DOE, C. J.   For some purposes, a review is a new action.   *Ha-*
*ven* v. *Libbey*, Smith (N. H.) 109; *Barker* v. *Barker*, 39 N. H. 408,
409; *Cahoon* v. *Coe*, 57 N. H. 556, 599; *Camp* v. *Hilliard*, 58 N. H.
42; *Page* v. *Brewster*, 58 N. H. 126.   But it is settled that the right
of review in such cases as this is not affected by *c.* 64 of Laws of
1878.   *Rowell* v. *B. & M. R. R.*, ante, p. 35.

*Motion granted.*

STANLEY, J., did not sit: the others concurred.